## Westmoreland County, Appellant, *v.* Miller.

*Public officers—County treasurer—Compensation — Commission on taxes collected for the Commonwealth.*

A county treasurer of a county containing more than 150,000 inhabitants, and therefore salaried, is entitled to commissions on taxes collected for the Commonwealth, in addition to his salary.

Argued Oct. 3, 1918. Appeal, No. 13, Oct. T., 1918, by plaintiff, from judgment of C. P. Westmoreland Co., Feb. T., 1917, No. 645, for defendant on case stated in suit of Westmoreland County v. A. D. Miller, County Treasurer. Before BROWN, C. J., STEWART, WALLING, SIMPSON and KEPHART, JJ. Affirmed.

Case stated to determine right of defendant to commissions on mercantile and other taxes collected by him for the Commonwealth. Before COPELAND, P. J.

From the record it appeared that defendant was treasurer of Westmoreland County, which has a population of more than 150,000 inhabitants, and that he received a salary from the county. He claimed to recover commissions on taxes collected for the Commonwealth. The taxes on which he claimed commissions were as follows: Retail mercantile license tax, wholesale mercantile license tax, retail liquor license tax, brewers' license tax, distillers' license tax, billiards, pool tables, bowling alleys, shooting gallery, shuffle board, etc., license tax; brokers, agents, factors, pawnbrokers, etc., license tax; peddlers' license tax; theatre, circus, museum, menagerie, moving picture, etc., license tax; eating house, restaurant, cafe, etc., license tax, and a resident hunters' license tax.

The court entered judgment for defendant for $960.60 on the case stated. The county appealed.

*Error assigned* was in entering judgment for defendant on the case stated.

*H. H. Fisher,* with him *E. E. Allshouse,* for appellant.

*Charles C. Crowell,* for appellee.

Per Curiam, October 22, 1919:

Philadelphia County v. Sheehan, 263 Pa. 449, and Luzerne County v. Morgan, 263 Pa. 458, call for an affirmance of this judgment, and it is so ordered.